JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELADIO ORTEGA, | ) | Case No. EDCV 09-162-VAP (RCx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| OCWEN, HSBC BANK, USA, N.A., ACE SECURITIES CORP, DOE 1 to 10, Inclusive, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 4, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge